IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG R. JOHNSON,

    Petitioner,                    No. 2:09-cv-0830-FCD-JFM (HC)

    vs.

CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,

    Respondents.                ORDER

         Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2007 decision of the California Board of Parole Hearings to deny him parole. This matter is before the court on respondents' motion to dismiss. Respondents contend that petitioner procedurally defaulted his claims in state court.

         The doctrine of procedural default precludes federal review of habeas corpus claims denied in state court if the state court decision denying relief rests on a state law ground that is independent of federal law and adequate to support the judgment. Coleman v. Thompson, 501 U.S. 722 (1991); Harris v. Reed, 489 U.S. 255, 260-62 (1989). Generally, the only state law grounds meeting these requirements are state procedural rules. If there is an independent and adequate state ground for the decision, the federal court may still consider the claim if the

1

1  petitioner can demonstrate: (1) cause for the default and actual prejudice resulting from the
2  alleged violation of federal law, or (2) a fundamental miscarriage of justice. <u>Harris</u>, 489 U.S. at
3  262 (citing <u>Murray v. Carrier</u>, 477 U.S. 478, 485, 495 (1986)).

4        In support of their motion, respondents rely on a decision of the San Mateo
5  Superior Court, which, citing to <u>In re Duvall</u>, 9 Cal.4th 464, 474 (1995), rejected petitioner's
6  state habeas corpus petition on the ground that petitioner had not included a copy of a June 2003
7  parole board report and therefore "ha[d] not established a prima facie case for relief." Ex. A to
8  Rsepondents' Motion to Dismiss, filed June 1, 2009, at 2. Citing <u>Ylst v. Nunnemaker</u>, 501 U.S.
9  797 (1991), respondents contend that the subsequent decisions of the California Court of Appeal
10 and the California Supreme Court summarily rejecting petitioner's claims are presumed to rest
11 on the same ground and, therefore, that the claims before this court are procedurally barred. In
12 opposition to the motion, petitioner contends that, following the denial by the superior court, he
13 filed an original petition for writ of habeas corpus in the California Court of Appeal to which was
14 appended the board report at issue and, therefore, that the decision of the California Court of
15 Appeal was a decision on the merits of his claim, as was the subsequent decision of the
16 California Supreme Court denying his petition for review of the state court of appeals' decision.
17 Respondents have not filed a reply brief, and neither party has filed a copy of the petition for writ
18 of habeas corpus filed by petitioner in the state court of appeal.

19       Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
20 date of this order respondents shall file, as appropriate, a response to petitioner's contentions in
21 opposition to the motion to dismiss or a notice of withdrawal of the motion to
22 /////
23 /////
24 /////
25 /////
26 /////

1  dismiss. Any response to the contentions shall be accompanied by a complete copy of the
2  petition for writ of habeas filed by petitioner in the California Court of Appeal.
3  DATED: August 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
john0830.mtd