IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG R. JOHNSON,

       Petitioner,                   No. 2:09-cv-0830-FCD-JFM (HC)

   vs.

CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,

       Respondents.          <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 19, 2009, respondents filed a request for an extension of time to file a either a response to petitioner's contentions in opposition to respondents' motion to dismiss or a notice of withdrawal of the motion to dismiss pursuant to the court's order of August 11, 2009. On August 31, 2009, respondents withdrew their motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' August 19, 2009 request for an extension of time is granted nunc pro tunc;

        2. Respondents' August 31, 2009 withdrawal of their motion to dismiss is deemed timely filed;

/////

1

3. Respondents' answer to the petition is due not later than thirty days from the date of this order; and

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: September 1, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12;john0830.111