IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG R. JOHNSON,

      Petitioner,               No. 2:09-cv-0830-FCD-JFM (HC)

    vs.

CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,

      Respondents.               <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 2, 2009, respondents filed a motion for an extension of time to file an answer to the petition. By order filed October 2, 2009, respondents' motion was granted and the deadline for filing their answer was set at November 2, 2009. On October 13, 2009, petitioner filed an opposition to the motion for extension of time and a motion for default judgment. On November 2, 2009, respondents timely filed their answer. Moreover, default judgment is not an appropriate remedy in a habeas corpus action. Accordingly, IT IS HEREBY ORDERED that petitioner's October 13, 2009 motion for default judgment is denied.

DATED: December 10, 2009.

                                            UNITED STATES MAGISTRATE JUDGE

12;john0830.o